# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-CR-213-KJD-RJJ |
| v. | **ORDER** |
| JOSE RODRIGUEZ-AVELINO, | |
| Defendant. | |

Before the Court is Defendant Jose Rodriguez-Avelino's ("Defendant") Motion to Vacate under 28 U.S.C. § 2255 (#28). Defendant supplemented this Motion twice (##29, 30) and the Government was ordered to respond (#31), which it did (#40). It should be noted that Defendant is still technically on supervised release, preventing this Motion from being moot. However, Defendant has been deported to Mexico and is not being actively supervised.

///
///
///
///
///
///

1  Under the Local Rules of Special Proceedings and Appeals, Plaintiff is required to "file with
2  the Court written notification of any change of address. . .. Failure to comply with the Rule may
3  result in dismissal of the action with prejudice." LSR 2-2. The Court's most recent communication
4  with Plaintiff has been returned as undeliverable and labled "ATTEMPED - NOT KNOWN" (#39).
5  Accordingly, Defendant's Motion is **HEREBY DENIED**, however the Court does so without
6  prejudice.

7  DATED this 9th day of October 2013.

_____
Kent J. Dawson
United States District Judge